# EXHIBIT "A"

#663246 v1

**ORBIT ENERGY & POWER LLC**
**CASE #22-19628-ABA**
**Payments Made during 90 Day Period Prior to Filing**

**Vendor:** City Electric Supply
400 S. Record Street
Dallas, TX 75202

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 9/2/2022 | 9/6/2022 | Online Pymt | 17,303.52 |
| 10/7/2022 | 10/11/2022 | Online Pymt | 41,338.28 |
| 11/3/2022 | 11/4/2022 | Online Pymt | 51,789.35 |
| 11/16/2022 | 11/17/2022 | Online Pymt | 9,567.60 |
| TOTAL | | | 119,998.75 |